Order filed November 9,
2012

 

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00323-CV 

                                                    __________

 

      IN RE LIONEL ZAPATA
AND L&O XTREME HAULING, LLC

 



 

                                    Original
Mandamus Proceeding

 

 

 

                                                                     O
R D E R 

            We
previously granted the motion for emergency stay that was filed by relators,
Lionel Zapata and L&O Xtreme Hauling, LLC, and we entered an order staying
all proceedings in the trial court pending our disposition of relators’
petition for writ of mandamus.  We have now denied the petition for writ of
mandamus by docket entry.  Therefore, the stay of the trial court proceedings
that was imposed by this court’s order of October 22, 2012, is hereby lifted. 
Real parties in interest included a motion for sanctions in their response to
the petition for writ of mandamus.  The motion for sanctions is hereby denied.

            It
is so ordered on November 9, 2012.     

            

                                                                                                PER
CURIAM